```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

TYNA KIRK,                          *

    Plaintiff,                      *

vs.                                 *
                                      CASE NO. 4:20-CV-301 (CDL)

PROGRESSIVE FUNERAL HOME, INC.,     *

    Defendant.                      *

## O R D E R

Plaintiff brought this action against Progressive Funeral Home, Inc. in the State Court of Muscogee County, Georgia. She alleges that Progressive improperly arranged for shipping of her father's cremated remains and that because of Progressive's actions the remains were discarded. Plaintiff asserts claims for negligence, breach of contract, and fraud. Progressive filed a third-party complaint against the shipping provider, D&S Associated Services, Inc., for negligence and breach of contract. D&S removed the action to this Court, asserting that this action arises out of an alleged violation of federal law regarding the shipment of cremated human remains, so federal question jurisdiction exists. Plaintiff filed a motion to remand (ECF No. 8), which D&S did not oppose. The motion is granted because 28 U.S.C. § 1441(a) only permits removal of a "civil action . . . by the defendant or the defendants." The

Supreme Court explained that in the context of the removal provisions "the term 'defendant' refers only to the party sued by the original plaintiff."  *Home Depot U. S. A., Inc. v. Jackson*, 139 S. Ct. 1743, 1746 (2019).  Thus, D&S, which was first brought into the case when Progressive filed third-party claims against it, is not a "defendant" who can remove an action under § 1441(a).  Accordingly, this action is remanded to the State Court of Muscogee County, Georgia.

    IT IS SO ORDERED, this 22nd day of March, 2021.

                                      s/Clay D. Land
                                      CLAY D. LAND
                                      U.S. DISTRICT COURT JUDGE
                                      MIDDLE DISTRICT OF GEORGIA